Tamara D. DeHaan, Esq., #113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA 92101-3533
PH: 619.544.0715
FAX: 619.544.1215

Attorney for Material Witness/es

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Cathy Ann Bencivengo)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CASE NO. 08mj0025** |
| **Plaintiff,** ) | |
| **v.** ) | **EX PARTE APPLICATION** |
| ) | **FOR ORDER ALLOWING** |
| **ARTEMIO CEJA-FLORES,** ) | **FAMILY VISITATIONS** |
| ) | |
| **Defendant.** ) | |
| ) | |

**Ex Parte Application for Order**

I, Tamara D. DeHaan, attorney for the material witness, CLAUDIA OROZCO-LOPEZ, submit this ex parte application for an order allowing the material witness to have family visitations during her period of hospitalization, notwithstanding her custodial status by the United States Marshal as a material witness.

This application is made upon stipulation by and between Tamara D. DeHaan, attorney for the material witness, the Office of the United States Attorney by A.U.S.A. Karla Bressler, and Jason Ser, attorney for defendant ARTEMIO CEJA-FLORES.

Dated: January 9, 2008                                    s/Tamara D. DeHaan
                                                          Tamara D. DeHaan, Attorney for Material Witness