Tamara D. DeHaan, Esq., #113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA  92101-3533
Ph: 619.544.0715
Fax: 619.544.1215

Attorney for Material Witness/es

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Case No. 08mj0025 |
| v. | DECLARATION OF SERVICE |
| Artemio CEJA-FLORES, | Person/s Served:     Jason Ser, Esq. |
| Defendant. | And U.S. Attorney |
| | Date of Service:  Janaury 9 2008 |

Under penalty of perjury, I declare:

1. I am an attorney duly licensed to practice law in the State of California. I am admitted to practice before the United States District Court for the Southern District of California. I am over the age of eighteen years and not a party to this action.

2. On January 9, 2008, I served the above-named person/s with the following documents:

Ex Parte Application for Order Allowing Family Visitations

3. Service was effected by e-filing the document with the Southern District Court via CM/ECF.

Executed on January 9, 2008, at San Diego, California.


                                         s/Tamara D. DeHaan
                                         Tamara D. DeHaan, Esq. - Declarant