FILED
JAN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                         )<br>                        Plaintiff,           )<br>       v.                                            )<br>                                                         )<br>ARTEMIO CEJA-FLORES,                )<br>                                                         )<br>                        Defendants.      )<br>                                                         )<br>_____) | CASE NO. 08mj0025<br><br>ORDER ON STIPULATION<br>ALLOWING HOSPITALIZED<br>MATERIAL WITNESS TO HAVE<br>FAMILY VISITATIONS |

ORDER

IT IS HEREBY ORDERED that CLAUDIA OROZCO-LOPEZ, the material witness named in the above-referenced matter, may be allowed to have family visitations during her period of hospitalization, notwithstanding the fact that she remains in custody of the United States Marshal as a material witness.

Dated: __1/9/08__                             _____
                                                        The Honorable Cathy Ann Bencivengo
                                                        UNITED STATES MAGISTRATE JUDGE

1