UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Artemio Ceja-Flores<br><br>Defendant(s) | CRIMINAL NO. 08mj0025<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06861298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Teresa Fonseca-Flores  #07519298

DATED: 1-17-08

RECEIVED _____
                    DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
              Deputy Clerk