AO 455 (Rev. 5/85) Waiver of Indictment

FILED

JAN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ARTEMIO CEJA-FLORES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0145-W

I, ARTEMIO CEJA-FLORES, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Jan 17, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_CEJA_
Defendant

_____
Defense Counsel

Before _____
Judicial Officer